**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In The Matter Of:                  In Bankruptcy:

CLARENCE BROADNAX, Jr.        Case No. 08-70202-SWR
JEANETTE BROADNAX            Chapter 7
                                        Hon. STEVEN W. RHODES

                 Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

      The attached check in the amount of $2.77 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| PYOD LLC<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | 2 | $2.77 |

                                                     **Total: $2.77**

                                              Respectfully Submitted,

                                              /s/ Gene R. Kohut
                                              21 Kercheval Avenue, Suite 285
                                              Grosse Pointe Farms, MI 48236
                                              Phone: (313) 886-9765
                                              E-mail: ecftrustee@gktrustee.com
Dated: 06/10/2010                              [P47413]